Argued and submitted January 10, ballot title certified as modified January 24, 1984

HERRON,
*Petitioner,*

*v.*

PAULUS,
*Respondent.*

(SC S30152)

675 P2d 489

Leland R. Berger, Portland, argued the cause and filed the petition for petitioner. With him on the petition were Emily Simon, Lake Oswego, and Kenneth Lerner, Portland.

John A. Reuling, Jr., Special Counsel to the Attorney General, Salem, argued the cause and filed the memorandum for respondent. With him on on the memorandum were David Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

PER CURIAM

## PER CURIAM

This petition concerns the same ballot title as we examined in *Remington v. Paulus,* 296 Or 317, 675 P2d 485 (1984). The petitioner argues that the original title was insufficient or unfair in that the caption stated the effect of the proposed measure, only the explanation informed voters that this is a proposed constitutional amendment, it referred to constitutional provisions by number, rather than using words to describe their principles and the second sentence of the explanation misrepresented the constitutional implications of the measure. We believe we have answered all of her objections in our modification of the ballot title.

Ballot title certified as modified in *Remington v. Paulus, supra.*